UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY LEE STEWART,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA SUPREME COURT, et al.,<br><br>　　　　　Respondents. | Case No. 15-cv-05739-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

Pursuant to Petitioner's notice of voluntary dismissal (Docket No. 8), this case is DISMISSED without prejudice.  *See* Fed. R. Civ. P. 41(a)(1).

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 2/3/2016

　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge