UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY LEE STEWART,<br><br>        Petitioner,<br><br>   v.<br><br>CALIFORNIA SUPREME COURT, et al.,<br><br>        Respondents. | Case No. 15-cv-05739-HSG (PR)<br><br>**JUDGMENT** |

    This action is dismissed without prejudice.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated:  2/3/2016

                                                            _____<br>
                                                            HAYWOOD S. GILLIAM, JR.<br>
                                                             United States District Judge